United States Courts
Southern District of Texas
FILED
*November 13, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.  § | CRIMINAL NO.: H-25- **4:25-cr-609** |
| § | |
| JAKIERRA WEBBER § | |
| § | |
| Defendant. § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, Chevron, Aydin Shop Go, and Al Baik Food Mart, are all businesses engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

### COUNT ONE

<u>Title 18, United States Code, § 1951(a) and 2- Aiding and Abetting Interference with Commerce by Robbery</u>

On or about January 25, 2025, in the Houston Division of the Southern District of Texas,

### JAKIERRA WEBBER

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Chevron, located at 10405 Mesa Drive, Houston, Texas, which was in the possession and

custody of an employee of Chevron, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a) and 2.

## COUNT TWO

### Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2 - Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about January 25, 2025, in the Houston Division of the Southern District of Texas,

**JAKIERRA WEBBER,**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which she may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

## COUNT THREE

### Title 18, United States Code, § 1951(a) and 2- Aiding and Abetting Interference with Commerce by Robbery

On or about January 31, 2025, in the Houston Division of the Southern District of Texas,

**JAKIERRA WEBBER**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of AYDIN SHOP GO, located at 4620 Old Spanish Trail, Houston, Texas, which was in the

possession and custody of an employee of AYDIN SHOP GO, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a) and 2.

## COUNT FOUR

### Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2 - Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about January 31, 2025, in the Houston Division of the Southern District of Texas,

### JAKIERRA WEBBER,

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which she may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

## COUNT FIVE

### Title 18, United States Code, § 1951(a) and 2- Aiding and Abetting Interference with Commerce by Robbery

On or about January 31, 2025, in the Houston Division of the Southern District of Texas,

### JAKIERRA WEBBER

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully attempt to take and obtain the

property of AL BAIK FOOD MART, located at 6120 Wallisville Road, Houston, Texas, which was in the possession and custody of an employee of AL BAIK FOOD MART, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a) and 2.

A TRUE BILL:                                     Original Signature on File

                                                 _____
                                                 FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY:  *signature*
     Jill Jenkins Stotts
     Assistant United States Attorney